UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-01400-FMO (AS) | Date | August 3, 2016 |
|---|---|---|---|
| Title | Arturo Mendez Noriega  v. Raymond Madden, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On June 29, 2016, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket Entry No. 1).

On July 1, 2016, the Court issued an Order ordering Petitioner, by no later than July 15, 2016, to sign (page 10) and return the Petition to the Court, in accordance with Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Court. (Docket Entry No. 4). The Court expressly warned Petitioner that the failure to timely comply with the Order may result in dismissal of this action without prejudice for his failure to prosecute and obey Court orders pursuant to Fed. R. Civ. P. 41(b) and the Rules Governing Section 2254 Cases in the United States District Courts.

To date, Petitioner has failed to file sign and return the Petition, or request an extension of time in which to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **fourteen (14) days** of the date of this Order (by no later than **August 17, 2016**), why this action should not be dismissed without prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by signing and returning the Petition to the Court, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-01400-FMO (AS) | Date | August 3, 2016 |
|---|---|---|---|
| Title | Arturo Mendez Noriega  v. Raymond Madden, Warden | | |

**Petitioner is warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed without prejudice for his failure to prosecute and/or obey Court orders.  See Fed. R. Civ. P. 41(b); Rule 12, Rules Governing Section 2254 Cases in the United States District Courts.[1]**

|  |  |  |
|---|---|---|
|  | 0 : 00 |  |
| Initials of Preparer | AF |  |

---

[1]     Petitioner is advised that any dismissed claims may later be subjected to the statute of limitations under 28 U.S.C. § 2241(d)(1), as amended by the Antiterrorism and Effective Death Penalty Act, which states that "[a] 1-year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court."  Petitioner also is advised that he would not be entitled to any statutory tolling during the pendency of the Petition or any federal habeas petition filed in this Court.  See Duncan v. Walker, 533 U.S. 167, 181-82 (2001) ("We hold that an application for federal habeas corpus review is not an 'application for State post-conviction or other collateral review' within the meaning of 28 U.S.C. § 2244(d)(2).  Section 2244(d)(2) therefore did not toll the limitations period during the pendency of respondent's first federal habeas petition.").