```
FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

Arturo Mendez Noriega
_____
Petitioner

Warden Raymond Madden
_____
Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

EDCV16-1400-FMO AS

I, Arturo Mendez Noriega, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Unemployed. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment? ☐ Yes ☒ No
   b. Rent payments, interest or dividends? ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
   d. Gifts or inheritances? ☐ Yes ☒ No
   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __No one__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __7-20-2016__   __Arturo Nigo__
　　　　　　　　　Date　　　　　　　　　Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __-0-__ on account to his credit at the __Centinela State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __-0-__

__7/1/16__　　　　　　　　　__V. Richards / Accountant I__
Date　　　　　　　　　　　Authorized Officer of Institution/Title of Officer

| Date\Time: 7/1/2016 2:43:28 PM | | **CDCR** | Verified: _____ |
|---|---|---|---|
| Institution: CEN | | **Inmate Statement Report** | |
| **Start Date:** | 1/1/2016 | **Revalidation Cycle:** All | |
| **End Date:** | 7/1/2016 | **Housing Unit:** All | |
| **Inmate/Group#:** | AR4937 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY *V. Richards*
TRUST OFFICE
7/1/16

| Date\Time: 7/1/2016 2:43:28 PM | CDCR | Verified: | THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. |
|---|---|---|---|
| Institution: CEN | Inmate Statement Report | | ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS BY V. Richards TRUST OFFICE 7/1/16 |

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AR4937 | NORIEGA, ARTURO | CEN | D 001 1 | 105001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**\*\*No information was found for the given criteria.\*\***

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**\*\*No information was found for the given criteria.\*\***

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| READING GLASSES | READERS  8/7/14 | $10.00 | $0.00 | $10.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | RIF1105882 | Active | $10,000.00 | $0.00 | $0.00 | $9,950.00 |

2

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>**There are no exceptions to this requirement.**</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____Noriega, Arturo_____,
(NAME OF INMATE)

_____AR4937_____,
(INMATE'S CDCR NUMBER)

has the sum of $____0____ on account to his/her credit at _____

## CENTINELA STATE PRISON
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ____0____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's **average monthly balance** was $ ____0____,

and the **average monthly deposits** to the applicant's account was $ ____0____.

**ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915 (a)(2).**

_____7/1/16_____   _____V. Richards_____
DATE                  SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____Victoria Richards_____
OFFICER'S FULL NAME (PRINTED)

_____Accountant I_____
OFFICER'S TITLE/RANK

AR4932
Centinela State prison
D-1-105
P.O. Box 931
Imperial, CA 92251

United States District Court
Office of The Clerk
U.S Courthouse, Room G8
Los Angeles, CA. 90012

AUG 3 – 2016
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT
BY ___ DEPUTY

AUG 3 – 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

7-31-16