CASE No
16-CV-01400 FMO-(AS)

ARTURO MENDEZ NORIEGA
Petitioner

WARDEN Raymond Madden
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, ARTURO MENDEZ NORIEGA, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. ______

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ______

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☒ No
   b. Rent payments, interest or dividends? ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
   d. Gifts or inheritances? ☐ Yes ☒ No
   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: ______

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No

If the answer is yes, state the total value of the items owned: ______________________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: ______________________

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: NO ONE

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 8-22-2016 ______________________
*Date* *Signature of Petitioner*

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 on account to his credit at the Centinela State Prison institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: 0

8/23/16
*Date*

V. Richards / Accountant I
*Authorized Officer of Institution/Title of Officer*

Date\Time: 8/23/2016 1:00:18 PM

Institution: CEN

CDCR

# Inmate Statement Report

Verified:

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY V. Richards
TRUST OFFICE
8/23/16

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AR4937 | NORIEGA, ARTURO | CEN | D 001 1 | 105001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| READING GLASSES | READERS 8/7/14 | $10.00 | $0.00 | $10.00 |
| MEDICAL COPAY | M4027339 8/01 | $5.00 | $0.00 | $5.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | RIF1105882 | Active | $10,000.00 | $0.00 | $0.00 | $9,950.00 |

Date\Time: 8/23/2016 1:00:18 PM

CDCR

Verified: ______________________

Institution: CEN

# Inmate Statement Report

| | | | |
|---|---|---|---|
| **Start Date:** | 2/23/2016 | **Revalidation Cycle:** | All |
| **End Date:** | 8/23/2016 | **Housing Unit:** | All |
| **Inmate/Group#:** | AR4937 | | |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY V. Richards
TRUST OFFICE
8/23/16

Noriega, Arturo
AE-4937 - D-1-105
Centinela, state, prison
P.O. Box 731
Imperial, ca, 92251

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SAN BERNARDINO
CA 924
24 AUG '16
GENERATED FROM
CENTINELA STATE PRISON

AS

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0006557925
$ 00.46[5]
AUG 24 2016
MAILED FROM ZIP CODE 92251

United, states, District court
Central, District of california
312 N. spring street #G-8
Los, Angeles, ca, 90012-4793

9001232095 C004

GENERATED FROM
CENTINELA STATE PRISON

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0006557925
$ 00.00[0]
AUG 08 2016
MAILED FROM ZIP CODE 92251