1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

10  ARTURO MENDEZ NORIEGA,      )   NO. ED CV 16-01400-FMO (AS)
                              )
11              Petitioner,     )
                              )
12          v.                  )        **JUDGMENT**
                              )
13  RAYMOND MADDEN, Warden,     )
                              )
14                             )
                Respondent.     )
15                             )
                              )
16  —————————————————————————)

17      Pursuant  to  the  Order  Accepting  Findings,  Conclusions  and

18  Recommendations of United States Magistrate Judge,

19

20      IT  IS  ADJUDGED  that  the  Petition  is  denied  and  dismissed  with

21  prejudice.

22

23          DATED:  February 15, 2017

24

25

26      _____ / s / _____

27              FERNANDO M. OLGUIN
              UNITED STATES DISTRICT JUDGE
28